JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

STEPHEN G. CORRIGAN (MASBN 100560)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     stephen.corrigan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00346 DLJ |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL and **ORDER** |
| MEHRDAD HAKIMIAN and EMMA DEGUZMAN, | |
| Defendants. | |

With leave of the Court, and pursuant to Rule 48(a) of the Federal Rule of Criminal Procedure, the United States Attorney for the Northern District of California dismisses the Information against the above-named defendants.

////

////

////

NOTICE OF DISMISSAL

1 | Reason for dismissal is that defendants have been charged by indictment in CR 09-00021 DLJ, which is set for trial beginning on January 25, 2010.

DATED: November 25, 2009.                Respectfully submitted,

                                         JOSEPH P. RUSSONIELLO
                                         United States Attorney

                                         /s/

                                         STEPHEN G. CORRIGAN
                                         Assistant United States Attorney

Leave of the Court is granted to the government to dismiss defendants Hakimian and DeGuzman as charged by information in CR 08-00346 DLJ.

DATED: November 25, 2009

                                         D. LOWELL JENSEN
                                         United States Senior Judge